**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. and | § | |
| UNILOC LUXEMBOURG, S.A., | § | Civil Action No. 2:16-cv-396 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | PATENT CASE |
| | § | |
| PIRIFORM INC., | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (together "Uniloc"), as and for their complaint against defendant, Piriform, Inc. ("Piriform"), allege as follows:

## THE PARTIES

1.      Uniloc USA, Inc. ("Uniloc USA") is a Texas corporation having a principal place of business at Legacy Town Center I, Suite 380, 7160 Dallas Parkway, Plano Texas 75024. Uniloc also maintains a place of business at 102 N. College, Suite 603, Tyler, Texas 75702.

2.      Uniloc Luxembourg S.A. ("Uniloc Luxembourg") is a Luxembourg public limited liability company having a principal place of business at 15, Rue Edward Steichen, 4th Floor, L-2540, Luxembourg (R.C.S. Luxembourg B159161).

3.      Uniloc Luxembourg owns a number of patents in the field of application management in a computer network.

4.      Upon information and belief, Piriform is a Delaware corporation having a principal place of business at 590 Madison Avenue, 21st Floor, New York, New York 10022 and

offering its products, including those accused herein of infringement, to customers and/or potential customers located in Texas and in the judicial Eastern District of Texas.  Piriform may be served with process through its registered agent: Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

## JURISDICTION AND VENUE

5.      Uniloc brings this action for patent infringement under the patent laws of the United States, 35 U.S.C. § 271 *et seq.*  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) and 1367.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(c) and 1400(b).  Upon information and belief, Piriform is deemed to reside in this judicial district, has committed acts of infringement in this judicial district, and/or has purposely transacted business involving the accused products in this judicial district, including sales to one or more customers in Texas.

7.      Piriform is subject to this Court's jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to its substantial business in this State and judicial district, including: (A) at least part of its past infringing activities, (B) regularly doing or soliciting business in Texas and/or (C) engaging in persistent conduct and/or deriving substantial revenue from goods and services provided to customers in Texas.

## COUNT I
(INFRINGEMENT OF U.S. PATENT NO. 6,510,466)

8.      Uniloc incorporates paragraphs 1-7 above by reference.

9.      Uniloc Luxembourg is the owner, by assignment, of U.S. Patent No. 6,510,466 ("the '466 Patent"), entitled METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR CENTRALIZED MANAGEMENT OF APPLICATION PROGRAMS ON A

NETWORK that issued on January 21, 2003.  A true and correct copy of the '466 Patent is attached as Exhibit A hereto.

10.     Uniloc USA is the exclusive licensee of the '466 Patent with ownership of all substantial rights therein, including the right to grant sublicenses, to exclude others, and to enforce, sue and recover past damages for the infringement thereof.

11.     Upon information and belief, the following describes, at least in part, the Piriform CCleaner Cloud software:



12.     Upon information and belief, the following describes, at least in part, the Piriform CCleaner Cloud software:



8.      Upon information and belief, the following describes, at least in part, the Piriform

CCleaner Cloud software:



9.    Upon information and belief, the following describes, at least in part, the Piriform

CCleaner Cloud software:



10.    Upon information and belief, the following describes, at least in part, the Piriform

CCleaner Cloud software:



11.    Upon information and belief, the following describes, at least in part, the Piriform

CCleaner Cloud software:



12.     Upon information and belief, the following describes, at least in part, the Piriform CCleaner Cloud software:



13.     Upon information and belief, the following describes, at least in part, the Piriform CCleaner Cloud software:



14.     Upon information and belief, the following describes, at least in part, the Piriform CCleaner Cloud software:



15.     Upon information and belief, the following describes, at least in part, the Piriform CCleaner Cloud software:



16.     Piriform has directly infringed, and continues to directly infringe one or more claims of the '466 Patent in this judicial district and elsewhere in Texas, including at least Claims 1, 2, 7, 15 and 22, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its CCleaner Cloud software during the pendency of the '466 Patent which software and associated backend server architecture *inter alia* allows for installing application programs on a Piriform server, receiving a login request, establishing a user desktop, receiving a selection of one or more programs displayed in the user desktop and providing a program for execution.

17.     In addition, should Piriform's CCleaner Cloud products be found to not literally infringe the asserted claims of the '466 Patent, Piriform's accused products would nevertheless infringe the asserted claims of the '466 Patent.  More specifically, the accused CCleaner Cloud software performs substantially the same function (making programs available for digital

download/management), in substantially the same way (via a client/server environment), to yield substantially the same result (providing authorized programs to a client for execution).  Piriform would thus be liable for direct infringement under the doctrine of equivalents.

18.     Piriform may have infringed the '466 Patent through other software utilizing the same or reasonably similar functionality, including other versions of CCLeaner.  Uniloc reserves the right to discover and pursue all such additional infringing software.

19.     Uniloc has been damaged, reparably and irreparably, by Piriform's infringement of the '466 Patent and such damage will continue unless and until Piriform is enjoined.

## PRAYER FOR RELIEF

Uniloc requests that the Court enter judgment against Piriform as follows:

(A)     that Piriform has infringed the '466 Patent;

(B)     awarding Uniloc its damages suffered as a result of Piriform's infringement of the '466 Patent pursuant to 35 U.S.C. § 284;

(C)     enjoining Piriform, its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries and parents, and all others acting in concert or privity with it from infringing the '466 Patent pursuant to 35 U.S.C. § 283;

(D)     awarding Uniloc its costs, attorneys' fees, expenses and interest, and

(E)     granting Uniloc such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Uniloc hereby demands trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38.

Dated: April 12, 2016                    Respectfully submitted,


                                         */s/ Craig Tadlock*                              
                                         Craig Tadlock
                                         Texas State Bar No. 00791766
                                         Keith Smiley
                                         Texas State Bar No. 24067869
                                         **TADLOCK LAW FIRM PLLC**
                                         2701 Dallas Parkway, Suite 360
                                         Plano, TX 75093
                                         Tel: (903) 730-6789
                                         Email: craig@tadlocklawfirm.com
                                         Email: keith@tadlocklawfirm.com

                                         Paul J. Hayes
                                         Kevin Gannon
                                         **CESARI AND MCKENNA, LLP**
                                         88 Black Falcon Ave
                                         Suite 271
                                         Boston, MA 02110
                                         Telephone: (617) 951-2500
                                         Facsimile: (617) 951-3927
                                         Email: pjh@c-m.com
                                         Email: ktg@c-m.com

                                         **ATTORNEYS FOR THE PLAINTIFFS**