IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., et al.,<br>　　Plaintiffs,<br><br>v.<br><br>AVG, LLC, | §<br>§<br>§<br>§<br>§<br>§ | Case No. 2:16-cv-00393-RWS<br>　　LEAD CASE |
| PIRIFORM, INC.,<br>　　Defendants. | § | Case No. 2:16-cv-00396-RWS |

ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT PIRIFORM, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

On this day, the Court considered Uniloc USA, Inc. and Uniloc Luxembourg, S.A.'s (collectively "Uniloc") Notice of Dismissal Without Prejudice of Defendant, Piriform, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

In light of the Notice of Dismissal, it is hereby **ORDERED** that Uniloc's action against Defendant, Piriform, Inc., has been dismissed without prejudice, with each party to bear its own costs, attorneys' fees, and expenses. All pending motions as between Uniloc and Defendant, Piriform, Inc., are hereby **DENIED AS MOOT.**

The Clerk of the Court is directed to terminate Defendant Piriform, Inc. from the Lead case (2:16-cv-393). The Clerk of the Court is further directed to close this case (2:16-cv-396).

**SIGNED this 23rd day of August, 2017.**

　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE